■ RAPHAEL PESKOWITZ, Respondent, v. PATRICIA A. PESKOWITZ, Appellant.— Appeal by defendant from a judgment of the Supreme Court, Nassau County, entered January 17, 1974, which, *inter alia*, granted plaintiff a divorce

on the ground of cruel and inhuman treatment, after a nonjury trial. Judgment reversed, on the facts, and new trial granted, with costs to abide the event. The determination under review is against the weight of the evidence (cf. *Hessen* v. *Hessen*, 33 N Y 2d 406). Hopkins, Acting P. J., Martuscello, Latham, Benjamin and Munder, JJ., concur.